# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL BENITEZ,<br><br>                Plaintiff,<br><br>        v.<br><br>SANDRA HUTCHENS, et al.,<br><br>                Defendants. | Case No. SACV 12-550 AG(JC)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative Third Amended Complaint is dismissed as against all defendants without leave to amend, and the action is dismissed with prejudice.

DATED: December 26, 2016

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE