1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 12  RAFAEL BENITEZ,<br>13              Plaintiff,<br>14       vs.<br>15  SANDRA HUTCHENS, SHERIFF OF<br>16  ORANGE COUNTY,<br>17              Defendants. | Case No. 8:12-cv-00550 JVS (JC)<br><br>**ORDER RE:**<br>  1)  **DISMISSING SUIT WITH PREJUDICE; AND**<br>  2)  **ORDERING THAT EACH PARTY BEAR THEIR OWN FEES AND COSTS**<br><br>[Fed.R.Civ.P., Rule 41(a)(1)(ii)]<br><br>*[Stipulation filed concurrently herewith]*<br><br>**MATTER FOR DETERMINATION BY HONORABLE JAMES V. SELNA** |

22
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

## ORDER

**IT IS HEREBY ORDERED** that pursuant to the Stipulation of the parties and Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), all of Plaintiff's claims in this matter are hereby dismissed in their entirety with prejudice as to all Defendants, as well as Defendants' past, present and future officers, supervisors, directors, attorneys, agents, subordinates, predecessors, successors in interest and assigns with whom any of the above have been, are now, or may hereafter be affiliated.

**IT IS FURTHER ORDERED** that each party bear his/her/its own fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: April 01, 2021

_____
HONORABLE JAMES V. SELNA